UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YALE-NEW HAVEN HOSPITAL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-01718-ESH |
| ALEX M. AZAR II, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO STAY PROCEEDINGS

The parties, by and through their undersigned counsel, respectfully move the Court to stay this case pending further proceedings in *Allina Health Services, et al. v. Azar*, No. 16-5255 (D.C. Cir.) ("*Allina II*"). In support of the motion, the parties state as follows:

1. Plaintiffs filed this case on July 23, 2018, contesting disproportionate share hospital ("DSH") payment adjustments under the Medicare statute, 42 U.S.C. § 1395ww(d)(5)(F). ECF No. 1.

2. Defendant's deadline to file an answer to the complaint is September 23, 2018.

3. On July 25, 2017, the Court of Appeals issued a decision in *Allina II*, a case involving similar legal issues. *See Allina Health Services v. Price*, 863 F.3d 937 (D.C. Cir. 2017).

4. On April 27, 2018, the government filed a petition for *certiorari* to the Supreme Court in *Allina II*. *See Azar v. Allina Health Services*, No. 17-1484 (S.Ct.). The petition has been fully briefed as of July 5, 2018, and is scheduled for conference on September 24, 2018.

5. Because the underlying legal issues in *Allina II* are similar to the issues in this case, their final disposition in *Allina II* could have a significant bearing on the resolution of this case. Several other presently pending cases in this Court that involve similar issues have been stayed pending the outcome of the *Allina II* case. *See, e.g.*, *St. Agnes Medical Center, et al. v. Azar*, No. 18-cv-00222 (CRC), *Albert Einstein Healthcare Network, et al. v. Azar*, No. 17-cv-1134 (ABJ), *Florida Health Sciences Center, et al. v. Azar*, No. 17-cv-1751 (RC), *Menifee Valley Medical Center, et al. v. Azar*, No. 17-cv-2029 (EGS), *Adventist Bolingbrook Hospital, et al. v. Azar*, No. 17-cv-2683 (BAH). The parties agree that a stay would be appropriate in this case as well.

6. Accordingly, the parties respectfully request an order providing that:

   a. This case is stayed;

   b. The deadline for the Secretary to file an answer is vacated pending further proceedings in *Allina II*; and

   c. The parties shall file a joint status report within thirty days of the Supreme Court granting or denying the government's petition for *certiorari* in *Allina II*.

| | |
|---|---|
| Dated:  September 7, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ERIC WOMACK<br>Assistant Branch Director<br>Civil Division<br><br> /s/ Peter M. Bryce_____<br>PETER M. BRYCE<br>(IL Bar No. 6244216)<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Room 7138<br>Washington, D.C. 20530<br>Tel: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: peter.bryce@usdoj.gov<br><u>Attorney for Defendant</u><br><br><br>JEFFREY L. POSTON<br>(DC Bar No.  426178)<br>Partner<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel:  (202) 624-2775<br>Tax:  (202) 628-5116<br>E-mail:  jposton@crowell.com<br>Attorney for Plaintiffs<br><br>/s/  Jeffrey L. Poston_____ |